Jack Garyth Poulson, Esq.
Attorney for Plaintiffs
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

RECEIVED

JUN 13 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>CIRI ALASKA TOURISM CORPORATION, COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>Defendants. | Case No. A06-     CV<br><br>3:06-cv-00143 TMB<br><br><br><br>COMPLAINT AND<br>DEMAND FOR JURY TRIAL |

Plaintiffs, SANDRA COOK and BURTON COOK, her husband, by and through undersigned counsel, sue Defendants, CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc, Alaska Corporations, Alaska Heritage Tours, and Kenai Fjords Tours, and allege as follows:

1. This is an action for damages that exceed this Court's minimum jurisdictional requirements, exclusive of all interest and costs.

2. At all times material, Plaintiff, Sandra Cook was and is a resident of Palm Beach County, Florida.

3. At all times material, Plaintiff, Burton Cook, was and is a resident of Palm Beach County, Florida.

4. At all times material, Defendant, CIRI Alaska Tourism Corporation was and is an Alaska Corporation which actively conducts business in Alaska.

5. At all times material, Defendant, Alaska Heritage Tours was and is an Alaska organization which actively conducts business in Alaska.

6. At all times material, Defendant, Kenai Fjords Tours was and is an Alaska organization which actively conducts business in Alaska.

7. At all times material, Defendant, Cook Inlet Region, Inc. was and is an Alaska Corporation which actively conducts business in Alaska.

8. On or about June 17, 2005, Defendant CIRI Alaska Tourism Corporation was the owner and/or operator and lawfully in possession of a vessel known as Fjordland, such vessel being used as a passenger cruise vessel in Alaska.

9. On or about June 17, 2005, Defendant Alaska Heritage Tours was the owner and/or operator and lawfully in possession of a vessel known as Fjordland, such vessel being used as a passenger cruise vessel in Alaska.

10. On or about June 17, 2005, Defendant Kenai Fjords Tours was the owner and/or operator and lawfully in possession of a vessel known as Fjordland, such vessel being used as a passenger cruise vessel in Alaska.

11. On or about June 17, 2005, Defendant Cook Inlet Region, Inc. was the owner and/or operator and lawfully in possession of a vessel known as Fjordland, such vessel being used as a passenger cruise vessel in Alaska.

12. At such time and place, Plaintiff Sandra Cook was lawfully and legally aboard such vessel as an invitee and paying passenger with the actual and/or constructive consent of Defendants to be physically present aboard such vessel.

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529  Fax: (907) 586-6329

13. At all times material hereto, Defendants had a duty to Plaintiff, Sandra Cook, to maintain the sliding door which struck her in a reasonably safe condition, including insuring that the door did not slide back and hit paying patrons like Sandra Cook. Defendants also had a duty to inspect the subject door to make sure it was in a state of good repair and not unreasonably dangerous. Defendants also had a duty to warn Sandra Cook of any dangers associated with the sliding door.

14. At all times material and on the above date, Plaintiff, Sandra Cook was properly and lawfully on the premises of the subject vessel attempting to use the door to walk in and around the vessel, to take in the sights on the Resurrection Bay Cruise on the Fjordland.

15. At such time and place the Defendants negligently inspected and/or maintained and controlled the subject sliding door allowing the Plaintiff to be violently struck by the sliding door closing on her suddenly and unexpectedly, causing serious bodily injuries.

16. The unreasonably dangerous condition(s) of the subject sliding door was actually known to the Defendants or had existed for such a length of time, such that Defendants should have known of it with the exercise of reasonable care. Plaintiff, Sandra Cook had not control or ability to prevent or anticipate dangers caused by the unreasonably dangerous sliding door on the subject vessel.

17. As a direct and proximate result of the negligence of the Defendants in failing to inspect and maintain the subject sliding door in a reasonably safe condition and/or warn Plaintiff Sandra Cook of the attendant dangers of same, Plaintiff, Sandra Cook, suffered at least the following damages as a result of the above-described incident:

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

a. Bodily injuries;
b. Resulting pain and suffering;
c. Permanent disability;
d. Disfigurement;
e. Mental anguish;
f. Loss of capacity for the enjoyment of life;
g. Expenses of hospitalization, doctors, nurses and physical therapy;
h. Aggravation of previously existing conditions, and
i. Lost wages and loss of future wages.

18. These losses are either permanent or continuing and Plaintiff, Sandra Cook, will suffer these losses in the future.

WHEREFORE, Plaintiff, Sandra Cook, demands judgment for damages against Defendants, together with all costs of the action, post-judgment interest and such other additional relief as this Court may deem appropriate.

### COUNT II: CONSORTIUM CLAIM

19. Plaintiff, Burton Cook, adopts and realleges Paragraphs 1-18, as if fully set forth herein.

20. As a direct and proximate result of the Defendants' negligence, Plaintiff, Burton Cook, has in the past and will in the future suffer diminishment of his wife's companionship, security and/or comfort.

21. These losses are continuing in nature and will be experienced by Plaintiff, Burton Cook, in the future.

WHEREFORE, Plaintiff, Burton Cook, demands judgment for damages against Defendants, together with all costs of the action, post-judgment interest and such other additional relief as this Court may deem appropriate.

### DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable as a matter of right.

COMPLAINT
Cook v. CIRI
A06-   CV
Page 4 of 5

DATED this 12th day of June, 2006, at Juneau, Alaska.

        POULSON & WOOLFORD, LLC
        636 Harris Street
        Juneau, Alaska 99801
        (907) 586-6529
        jack@poulsonwoolford.com

BY: _____
     Jack Garyth Poulson
     Alaska Bar No. 8711104
     Attorney for Plaintiffs

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.
One Datran Center-Suite 1121
9100 S. Dadeland Blvd.
Miami, Fl 33156
Tel: (305) 670-1460 / Fax: (305) 670-1464

BY: _____ for
     GREGG R. SCHWARTZ
     Attorney for Plaintiffs

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

COMPLAINT
Cook v. CIRI
A06-    CV
Page 5 of 5