Jack Garyth Poulson, Esq.
Attorney for Plaintiffs
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>CIRI ALASKA TOURISM CORPORATION, COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>Defendants. | Case No. 3:06-CV-00143-TMB<br><br><br><br><br><br><br><br><br><br>STATUS REPORT |

In response to the Court's August 25, 2006, Minute Order From Chambers, plaintiffs report that counsel for plaintiffs has been discussing resolution of this matter with counsel for defendants, and the parties have agreed that defense counsel will accept service if it becomes necessary.

It is expected that service will be made in compliance with Rule 4 (m), and proof of service will be filed in a timely manner.

DATED this 31st day of August, 2006, at Juneau, Alaska.

>POULSON & WOOLFORD, LLC
>636 Harris Street
>Juneau, Alaska 99801
>(907) 586-6529
>jack@poulsonwoolford.com

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

/s/    Jack Poulson
Jack Garyth Poulson
Alaska Bar No. 8711104
Attorney for Plaintiffs

**Certificate of Service**

I hereby certify that on August 31, 2006, a copy of the foregoing Status Report was served by U.S. Mail on:

    Laura L. Farley, Esq.
    FARLEY & GRAVES, P.C.
    3003 Minnesota Drive, Suite 300
    Anchorage, Alaska  99503

/s/    Jack Poulson
Jack Garyth Poulson
AK Bar No. 8711104
Attorney for Plaintiff

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

STATUS REPORT
Cook v. CIRI
3:06-CV-00143-TMB
Page 2 of 2