LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>　　　　　　　　Defendants. | Case No. 3:06-cv-00143 TMB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours, hereby appear in the above-captioned action through the undersigned attorneys and request that all further papers and

pleadings herein, except original process, be served upon the undersigned attorneys at the address below stated.

        FARLEY & GRAVES, P. C.
        3003 Minnesota Drive, Suite 300
        Anchorage, AK  99503

DATED this 9th day of October 2006 at Anchorage, Alaska.

        FARLEY & GRAVES, P. C.

        By:    s/Laura L. Farley
        LAURA L. FARLEY
        3003 Minnesota Drive, Suite 300
        Anchorage, AK  99503
        Ph. (907) 274-5100
        Fax (907) 274-5111
        E-Mail:   laura.farley@farleygraves.com
                  karen.helton@farleygraves.com
        Alaska Bar No.:  9211078
        Attorneys for Defendants CIRI Alaska
        Tourism Corporation, Cook Inlet Region, Inc.,
        Alaska Heritage Tours and Kenai Fjords Tours

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

NOTICE OF APPEARANCE
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 2 of 3                    /KH

30243 hj080209

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 9th day of October 2006 a true and correct copy of the foregoing Notice of Appearance was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
PMB #501
617 Willoughby Ave.
Juneau, AK  99801

AND VIA:

**X** U.S. Mail    ☐ Facsimile    ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156


By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

NOTICE OF APPEARANCE
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 3 of 3                                /KH

30243 hj080209