LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska 99503
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>　　　　　　　　Defendants. | Case No. 3:06-cv-00143 TMB |

## WAIVER OF SERVICE OF SUMMONS

TO:　　Gregg R. Schwartz, Esq.
　　　　Law Offices of Gregg R. Schwartz, P.A.
　　　　One Datran Center, Suite 1121
　　　　9100 S. Dadeland Blvd.
　　　　Miami, FL  33156

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

I acknowledge receipt of your request that I waive service of a summons in the above-entitled action.  I have also received a copy of the complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours be served with judicial process in the manner provided by Rule 4.

CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

DATED this 10th day of October 2006 at Anchorage, Alaska.

        FARLEY & GRAVES, P. C.

By:   s/Laura L. Farley
LAURA L. FARLEY
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail:   laura.farley@farleygraves.com
         karen.helton@farleygraves.com
Alaska Bar No.:  9211078

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

Attorneys for Defendants CIRI Alaska
Tourism Corporation, Cook Inlet Region, Inc.,
Alaska Heritage Tours and Kenai Fjords Tours

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 10th day of October 2006 a true and correct copy of the foregoing Notice of Appearance was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

AND VIA:

**X** U.S. Mail    ☐ Facsimile    ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156

By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111