LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>　　　　　　　Defendants. | Case No. 3:06-cv-00143 TMB |

**NOTICE OF CHANGE OF ADDRESS**

Farley & Graves, P.C., counsel for Defendants is moving. The new address as of October 30, 2006 is:

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

807 G Street, Suite 250
Anchorage, Alaska  99501
Phone 1(907) 274-5100
Fax 1(907) 274-5111

Phone and fax numbers will remain the same.

DATED this 26th day of October 2006 at Anchorage, Alaska.

                FARLEY & GRAVES, P. C.


By:    s/Laura L. Farley
    LAURA L. FARLEY
    807 G Street, Suite 250
    Anchorage, AK  99501
    Ph. (907) 274-5100
    Fax (907) 274-5111
    E-Mail:    lfarley@farleygraves.com
                karen.helton@farleygraves.com
    Alaska Bar No.:  9211078
    Attorneys for Defendants CIRI Alaska
    Tourism Corporation, Cook Inlet Region, Inc.,
    Alaska Heritage Tours and Kenai Fjords Tours

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

NOTICE OF CHANGE OF ADDRESS
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 2 of 3    /KH

30243 hj230229

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 26th day of October 2006 a true and correct copy of the foregoing Notice of Change of Address was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

BY U.S. MAIL TO:

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156


By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111