LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100 Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS, <br><br> Defendants. | Case No. 3:06-cv-00143 TMB |

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska

Heritage Tours, and Kenai Fjords Tours (hereinafter collectively referred to as "CATC"),

through their attorneys, Farley & Graves, P.C., answer Plaintiffs' Complaint as follows:

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 1 of 6

/KH

30243 hl110201

*FARLEY & GRAVES, P. C.*
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

1

2

3

      1.     Defendants are without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 1 and therefore deny the same.

4

5

      2.     Defendants are without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 2.

6

7

      3.     Defendants are without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 3.

8

      4.     Defendants admit paragraph 4.

9

      5.     Defendants admit that CATC does business as Alaska Heritage Tours.

10

      6.     Defendants admit that CATC does business as Kenai Fjords Tours.

11

      7.     Defendants admit paragraph 7.

12

      8.     Defendants admit paragraph 8.

13

14

15

16

      9.     Defendants admit that CATC was doing business as Alaska Heritage Tours on or about June 17, 2005.  Defendants admit CATC was the owner and/or operator of and lawfully in possession of a vessel known as FJORDLAND and that such vessel was being used as a passenger cruise vessel in Alaska.

17

18

19

20

      10.     Defendants admit CATC was doing business as Kenai Fjords Tours on or about June 17, 2005.  Defendants admit CATC was the owner and/or operator of and lawfully in possession of a vessel known as FJORDLAND and that such vessel was being used as a passenger cruise vessel in Alaska.

21

22

23

      11.     Defendants admit CATC is a wholly owned subsidiary of Cook Inlet Region, Inc.  Defendants admit CATC was the owner and/or operator of and lawfully in possession of a

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

1

2

3

vessel known as FJORDLAND and that such vessel was being used as a passenger cruise vessel in Alaska.

4

5

12.    Paragraph 12 asserts legal conclusions to which no response is required. To the extent paragraph 12 makes factual allegations to which a response is required, Defendants

6

7

admit Plaintiff Sandra Cook was a paying passenger physically present aboard the FJORDLAND on or about June 17, 2005. Defendants deny the remainder of the factual

8

allegations contained in paragraph 12.

9

10

13.    Paragraph 13 asserts legal conclusions to which no response is required. To the extent paragraph 13 makes factual allegations to which a response is required, Defendants

11

12

admit they maintained all doors on the vessel in good repair. Defendants deny any negligence. All remaining allegations are denied.

13

14

14.    Paragraph 14 asserts legal conclusions to which no response is required. To the extent paragraph 14 makes factual allegations to which a response is required, Defendants

15

16

admit Plaintiff Sandra Cook was a passenger physically present aboard the FJORDLAND on or about June 17, 2005. Defendants are without sufficient information or knowledge to admit or

17

deny the remaining allegations set forth in paragraph 14 and therefore deny the same.

18

19

15.    Defendants deny the allegations contained therein.

16.    Defendants deny the allegations contained therein.

20

21

17.    Defendants deny the allegations contained therein..

18.    Defendants are without sufficient information or knowledge to admit or deny the

22

allegations set forth in paragraph 18 and therefore deny the same.

23

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 3 of 6                                    /KH

30243 hl110201

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100    FAX (907) 274-5111

## COUNT II: CONSORTIUM CLAIM

19.     Defendants incorporate by reference paragraphs 1 through 18 as if fully stated herein.

20.     Paragraph 20 asserts legal conclusions to which no response is required.  To the extent paragraph 20 makes factual allegations to which a response is required, Defendants deny the same.

21.     Paragraph 21 asserts legal conclusions to which no response is required.  To the extent paragraph 21 makes factual allegations to which a response is required, Defendants deny the same.

## AFFIRMATIVE DEFENSES

By way of further answer and affirmative defenses, Answering Defendants allege as follows:

1.     Plaintiffs have failed to state a claim upon which relief can be granted.

2.     Plaintiffs' damages, if any, were caused by their own negligence or the negligence or other fault of third parties over whom Defendants had no control or responsibility.

3.     Plaintiffs have failed to mitigate their damages, if any, and protect there selves from avoidable consequences.

4.     Defendants are entitled to a setoff for amounts previously paid to Plaintiffs.

5.     Plaintiffs have named improper parties.

1

2          6.      Plaintiffs have pursued their claims in another forum and the principles of *re*

3  *judicata* and/or collateral estoppel may apply.

4          7.      Defendants reserve the right to amend to add further affirmative defenses as

5  discovery and investigation develop.

6          WHEREFORE, having fully answered Plaintiffs' Complaint, Defendants ask this Court

7  to dismiss Plaintiffs' claims with prejudice, award Defendants their costs and fees, and provide

8  further relief to which Defendants are entitled.

9

10         DATED this 11th day of December 2006 at Anchorage, Alaska.

11                                          FARLEY & GRAVES, P. C.

12
                                            By:___s/Laura L. Farley_____
13                                              LAURA L. FARLEY
                                                807 G Street, Suite 250
14                                              Anchorage, AK  99501
                                                Ph. (907) 274-5100
15                                              Fax (907) 274-5111
                                                E-Mail:    lfarley@farleygraves.com
16                                                         karen.helton@farleygraves.com
                                                Alaska Bar No.:  9211078
17                                              Attorneys for Defendants CIRI Alaska
                                                Tourism Corporation, Cook Inlet Region, Inc.,
18                                              Alaska Heritage Tours and Kenai Fjords Tours

19

20

21

22

23

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT          Page 5 of 6                    /KH
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

30243 hl110201

1

2

## CERTIFICATE OF SERVICE

3    Pursuant to Civil Rule 5, I hereby certify that on this 11th
day of December 2006 a true and correct copy of the foregoing
Answer to Plaintiffs' Complaint was served electronically on the
4    following person(s):

5        Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
6        Juneau, AK  99801

AND VIA:

7
**X** U.S. Mail     ☐ Facsimile     ☐ Hand Delivery

8    to the following person(s):

9
Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
10       One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
11       Miami, FL  33156

12   By:  s/Laura L. Farley

13

14

15

16

17

18

19

20

21

22

23

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT           Page 6 of 6                    /KH
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

30243 hl110201