LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>                    Plaintiffs,<br><br>             v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>                    Defendants. | Case No. 3:06-cv-00143 TMB |

## DEMAND FOR JURY TRIAL

Defendants, CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours through their attorneys, Farley & Graves, P.C., request and demand a trial by jury on all issues triable of right by jury in the above-captioned case.

DEMAND FOR JURY TRIAL
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 1 of 3                                                /KH

30243 hl110203

DATED this 11th day of December 2006 at Anchorage, Alaska.

                    FARLEY & GRAVES, P. C.

                    By:    s/Laura L. Farley
                         LAURA L. FARLEY
                         807 G Street, Suite 250
                         Anchorage, AK  99501
                         Ph. (907) 274-5100
                         Fax (907) 274-5111
                         E-Mail:   lfarley@farleygraves.com
                                        karen.helton@farleygraves.com
                         Alaska Bar No.:  9211078
                         Attorneys for Defendants CIRI Alaska
                         Tourism Corporation, Cook Inlet Region, Inc.,
                         Alaska Heritage Tours and Kenai Fjords Tours

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

DEMAND FOR JURY TRIAL
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 2 of 3      /KH

30243 hl110203

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 11th day of December 2006 a true and correct copy of the foregoing Demand for Jury Trial was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

AND VIA:

**X** U.S. Mail    ☐ Facsimile    ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156

By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

DEMAND FOR JURY TRIAL
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 3 of 3                              /KH

30243 hl110203