LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>      Plaintiffs,<br><br>      v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>      Defendants. | Case No. 3:06-cv-00143 TMB |

## MOTION FOR STAY OF PROCEEDINGS

Defendants CIRI Alaska Tourism Corporation ("CATC") and Cook Inlet Region, Inc. ("CIRI"), through their counsel, Farley & Graves, P.C., move for an order staying proceedings in this action pending final determination of:

(1) Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Forum Non Conveniens and Motion in Limine in Support of Same dated December 8, 2006; and

(2) Whether Royal Caribbean Cruises, Limited is vicariously liable for the acts or omissions of Defendants CATC and CIRI.

These issues are pending in <u>Sandra Cook, et al. v. Royal Caribbean Cruises, Ltd., et al.</u>, Case No. 06-11706 CA 22, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.  This motion is supported by the attached memorandum.  A proposed order is attached.

DATED this 14th day of December 2006 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.


By:  s/Laura L. Farley
LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK  99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail:   lfarley@farleygraves.com
          karen.helton@farleygraves.com
Alaska Bar No.:  9211078
Attorneys for Defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 14th day of December 2006 a true and correct copy of the foregoing Motion for Stay of Proceedings was served electronically on the following person(s):

> Jack Garyth Poulson, Esq.
> Poulson & Woolford, LLC
> 636 Harris Street
> Juneau, AK  99801

AND VIA:

**X** U.S. Mail    ☐ Facsimile    ☐ Hand Delivery

to the following person(s):

> Gregg R. Schwartz, Esq.
> Law Offices of Gregg R. Schwartz, P.A.
> One Datran Center, Suite 1121
> 9100 S. Dadeland Blvd.
> Miami, FL  33156

By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111