LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>              Plaintiffs,<br><br>    v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>              Defendants. | Case No. 3:06-cv-00143 TMB |

**[PROPOSED]**
**<u>ORDER GRANTING MOTION FOR STAY OF PROCEEDINGS</u>**

This matter having come before the court upon Defendants' Motion for Stay of

Proceedings and the court having reviewed any oppositions and replies thereto,

[PROPOSED] ORDER GRANTING MOTION FOR STAY OF
PROCEEDINGS
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 1 of 3                    /KH

30243 hl140205

IT IS HEREBY ORDERED that:

1. Defendant's motion is GRANTED.

2. This case is stayed until a final determination is made on:

    a. Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Forum Non Conveniens and Motion in Limine in Support of Same dated December 8, 2006; and

    b. Whether Royal Caribbean Cruises, Limited is vicariously liable for the alleged acts or omissions of Defendants CIRI Alaska Tourism Corporation and Cook Inlet Region, Inc.

These issues are pending in <u>Sandra Cook, et al. v. Royal Caribbean Cruises, Ltd., et al.</u>, Case No. 06-11706 CA 22, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

DATED this _____ day of _____ 200___ at Anchorage, Alaska.

                                              The Honorable Timothy Burgess
                                              United States District Court Judge

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 14th day of December 2006 a true and correct copy of the foregoing Order Granting Motion for Stay of Proceedings was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

AND VIA:

**X** U.S. Mail    ☐ Facsimile    ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156

By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111