Jack Garyth Poulson, Esq.
Attorney for Plaintiffs
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> CIRI ALASKA TOURISM CORPORATION, COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS, <br><br> Defendants. | Case No. 3:06-CV-00143-TMB <br><br><br><br><br><br><br><br><br><br> **NON-OPPOSITION TO MOTION FOR STAY OF PROCEEDINGS** |

Plaintiffs, through counsel, submit their Non-Opposition to defendants' Motion for Stay of Proceedings.

DATED this 21st day of December, 2006, at Juneau, Alaska.

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

By: /s/      Jack Poulson
Jack Garyth Poulson
Alaska Bar No. 8711104
Attorney for Plaintiffs

**Certificate of Service**

Pursuant to Civil Rule 5, I hereby certify that on December 21, 2006, a copy of the foregoing Non-Opposition was served electronically on:

    Laura L. Farley, Esq.
    FARLEY & GRAVES, P.C.
    807 G Street, Suite 250
    Anchorage, Alaska  99501

    /s/     Jack Poulson
    Jack Garyth Poulson
    AK Bar No. 8711104
    Attorney for Plaintiffs

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329