IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>                    Plaintiffs,<br><br>            v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>                    Defendants. | Case No. 3:06-cv-00143 TMB |

## ORDER GRANTING MOTION FOR STAY OF PROCEEDINGS

This matter having come before the court upon Defendants' Motion for Stay of Proceedings and the court having reviewed any oppositions and replies thereto,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion is GRANTED.

2. This case is stayed until a final determination is made on:

    a. Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Forum Non Conveniens and Motion in Limine in Support of Same dated December 8, 2006; and

    b. Whether Royal Caribbean Cruises, Limited is vicariously liable for the alleged acts or omissions of Defendants CIRI Alaska Tourism Corporation and Cook Inlet Region, Inc.

These issues are pending in <u>Sandra Cook, et al. v. Royal Caribbean Cruises, Ltd., et al.</u>, Case No. 06-11706 CA 22, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

3.      Defendants' shall report on the status of the Florida proceedings within 120 days of the date of this order.

       DATED this 28th day of December 2006 at Anchorage, Alaska.

                                           <u>/s/ Timothy M. Burgess</u>
                                           The Honorable Timothy Burgess
                                           United States District Court Judge