LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS, <br><br> Defendants. | Case No. 3:06-cv-00143 TMB |

**STATUS REPORT**

Defendants, through their attorneys, Farley & Graves, P.C., and pursuant to the Court's December 28, 2006 Order Granting Motion for Stay of Proceedings provide the following status report regarding the Florida proceedings. Cook Inlet Region, Inc. has been dismissed

from the Florida proceeding.  However, motion practice continues with respect to the dismissal of the remaining Defendants.  Defendants in this matter therefore request that this case continue to be stayed pending resolution of the Florida proceedings.

DATED this 27th day of April 2007 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: ___s/Laura L. Farley___
LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK  99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail:   lfarley@farleygraves.com
          karen.helton@farleygraves.com
Alaska Bar No.:  9211078
Attorneys for Defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 27th day of April 2007 a true and correct copy of the foregoing document was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

AND VIA:

**X** U.S. Mail      ☐ Facsimile      ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156

By:  s/Laura L. Farley