LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>          Plaintiffs,<br><br>     v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>          Defendants. | Case No. 3:06-cv-00143 TMB |

## STATUS REPORT

Pursuant to this Court's May 4, 2007 Order, Defendants advise that the issues remain pending in the case of <u>Sandra Cook, et al. v. Royal Caribbean Cruises, Ltd., et al.</u>, Case No. 06-11706 CA 22 filed in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade

County, Florida. A hearing was held in May, 2007, in which the Court granted the Plaintiffs' request for two additional depositions before deciding the motion. One of those depositions has not yet taken place and is expected to be completed by the end of September, 2007. At that point, the Florida Court should be able to decide the motion. In the meantime, Defendants respectfully request that this Court continue to stay the above-proceedings so that Defendants do not have to defend the same action in two different jurisdictions. Defendants are hopeful the issues in Florida will be decided by November 1, 2007.

DATED this 1st day of August 2007 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By:    s/Laura L. Farley
    LAURA L. FARLEY
    807 G Street, Suite 250
    Anchorage, AK  99501
    Ph. (907) 274-5100
    Fax (907) 274-5111
    E-Mail:   lfarley@farleygraves.com
             karen.helton@farleygraves.com
    Alaska Bar No.:  9211078
    Attorneys for Defendants CIRI Alaska
    Tourism Corporation, Cook Inlet Region, Inc.,
    Alaska Heritage Tours and Kenai Fjords Tours

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

 Pursuant to Civil Rule 5, I hereby certify that on this 1st day of August 2007 a true and correct copy of the foregoing Status Report was served electronically on the following person(s):

 Jack Garyth Poulson, Esq.
 Poulson & Woolford, LLC
 636 Harris Street
 Juneau, AK  99801

AND VIA:

**X** U.S. Mail  ☐ Facsimile  ☐ Hand Delivery

to the following person(s):

 Gregg R. Schwartz, Esq.
 Law Offices of Gregg R. Schwartz, P.A.
 One Datran Center, Suite 1121
 9100 S. Dadeland Blvd.
 Miami, FL  33156

By: _s/Laura L. Farley_

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111