Jack Garyth Poulson, Esq.
Attorney for Plaintiffs
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### AT ANCHORAGE

| | | |
|---|---|---|
| SANDRA COOK and BURTON COOK, her husband, | ) | Case No. 3:06-CV-00143-TMB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRI ALASKA TOURISM CORPORATION, COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS, | ) | |
| | ) | JOINT STATUS REPORT |
| Defendants. | ) | |

Pursuant to the Court's Order of August 6, 2007, plaintiffs' counsel has conferred with defense counsel and agreed to report that jurisdiction issues remain pending in the case of <u>Sandra Cook, et. al. v. Royal Caribbean Cruises, Ltd., et. al.</u>, Case No. 06-11706 CA 22 filed in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

In that action, the deposition of Lisa Kruse, a representative of Ciri Alaska Tourism Corporation, is scheduled for November 14, 2007. Following the deposition, the Florida Court should be able to rule on the jurisdictional issues.

In the meantime, the parties respectfully request that this Court continue to stay this proceeding for an additional 30 days.

DATED this 13th day of November, 2007, at Juneau, Alaska.

JOINT STATUS REPORT
Cook v. CIRI
Page 1 of 2

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com


/s/    Jack Poulson
Jack Garyth Poulson
Alaska Bar No. 8711104
Attorney for Plaintiffs


**Certificate of Service**

Pursuant to Civil Rule 5, I hereby certify that on November 13, 2007, a copy of the foregoing Joint Status Report was served electronically on:

Laura L. Farley, Esq.
FARLEY & GRAVES, P.C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503


/s/    Jack Poulson
Jack Garyth Poulson
AK Bar No. 8711104
Attorney for Plaintiffs