MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

SANDRA COOK, et al
vs.
CIRI ALASKA TOURISM CORPORATION, INC, et al

BEFORE THE HONORABLE TIMOTHY M. BURGESS
CASE NO. 3:06-CV-00143-TMB

DEPUTY CLERK/RECORDER:    SAMANTHA LARK

APPEARANCES:    PLAINTIFF: GREGG R. SCHWARTZ - TELEPHONIC
                           JACK G. POULSON - TELEPHONIC

                DEFENDANT: LAURA L. FARLEY

PROCEEDINGS: STATUS CONFERENCE HELD 01/09/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:08 a.m. court convened

Court and counsel heard re dismissal of CIRE from Florida Jurisdiction.

Court and counsel heard re discovery, and pretrial deadlines.

Court ordered parties to meet and confer re scheduling order.

Court to issue written order re discovery.

Court ordered Ms. Farley to file notice re dismissal of CIRI from Florida Jurisdiction as soon as possible.

At 11:12 a.m. court adjourned.

DATE: January 9, 2008          DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07