LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>Defendants. | Case No. 3:06-cv-00143 TMB |

## NOTICE OF RESOLUTION OF ISSUES RESULTING IN STAY

Defendants, through their counsel and pursuant to this Court's request at the January 9,

2008 Status Conference, hereby provide a copy of the order issued by the Florida court

dismissing CIRI Alaska Tourism Corporation (CATC) from the Florida case for lack of jurisdiction. Issuance of this order allows the matter filed above to proceed.

DATED this 9th day of January 2008 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: ___s/Laura L. Farley___
LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: lfarley@farleygraves.com
karen.helton@farleygraves.com
Alaska Bar No.: 9211078
Attorneys for Defendants CIRI Alaska
Tourism Corporation, Cook Inlet Region, Inc.,
Alaska Heritage Tours and Kenai Fjords Tours

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 9th day of January 2008 a true and correct copy of the foregoing document was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

AND VIA:

**X** U.S. Mail    ☐ Facsimile    ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156

By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111