IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

CASE NO. 06-11706 CA 22

SANDRA COOK and BURTON COOK,
as husband and wife,

     Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES,
LIMITED, a foreign corporation, CIRI
ALASKA TOURISM CORPORATION,
an Alaska corporation, ALASKA
HERITAGE TOURS, KENAI FJORDS
TOURS and COOK INLET REGION
INC., an Alaska corporation

     Defendants.

_____/

## ORDER ON DEFENDANT CIRI ALASKA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ~~OR IN THE ALTERNATIVE FOR FORUM NON CONVENIENS~~

**THIS CAUSE** having come before the Court on Defendant, CIRI ALASKA TOURISM CORPORATION ("CATC"), Motion to Dismiss for Lack of Personal Jurisdiction ~~or in the Alternative for Forum Non Conveniens~~, and the Court having heard argument of counsel, and being otherwise fully advised in the premises, it is hereupon:

**ORDERED AND ADJUDGED** as follows:

Defendant's, CATC's Motion to Dismiss for Lack of Personal Jurisdiction is Granted with Prejudice. Upon review of the pleadings, responses to discovery, affidavits and

CASE NO. 06-11706 CA 22

depositions on record, the Court finds that CATC does not meet the requirements for the application of Section 48.193 of the Florida Statutes (Florida Long Arm Statute), which are necessary to establish general and/or specific personal jurisdiction in Florida. The Court finds that CATC did not engage in any activity in the state of Florida for the purpose of establishing personal jurisdiction, did not conduct substantial and non-isolated business activities in Florida, and does not posses the requisite minimum contacts with the state of Florida for a finding of personal jurisdiction.

**DONE AND ORDERED** in Chambers, Miami-Dade County, Florida on this ____ day of _____, 2007.

David C. Miller
Circuit Court Judge

JAN 03 2008

Conformed Copy

_____
CIRCUIT COURT JUDGE

Copies furnished to:
Jerry D. Hamilton, Esq.
Gregg Schwartz, Esq.