LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>Defendants. | Case No. 3:06-cv-00143 TMB |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH RULE 7.1

Pursuant to Civil Rule 7.1, Defendants provide the following Disclosure Statement:

Alaska Heritage Tours and Kenai Fjords Tours are not legal entities. Rather, they are dba's of CIRI Alaska Tourism Corporation (CATC). CATC is a wholly-owned subsidiary of Cook Inlet Regional Inc. (CIRI). CIRI is an Alaska Native Corporation formed under ANCSA and, as such, is owned 100% by its Alaska Native shareholders. Neither CIRI nor CATC are publicly held companies nor is any part of them owned by a public company.

DATED this 11th day of January 2008 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By:   s/Laura L. Farley
LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail:  lfarley@farleygraves.com
        karen.helton@farleygraves.com
Alaska Bar No.: 9211078
Attorneys for Defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

    Pursuant to Civil Rule 5, I hereby certify that on this 11th day of January 2008 a true and correct copy of the foregoing document was served electronically on the following person(s):

    Jack Garyth Poulson, Esq.
    Poulson & Woolford, LLC
    636 Harris Street
    Juneau, AK  99801

AND VIA:

**X** U.S. Mail     ☐ Facsimile     ☐ Hand Delivery

to the following person(s):

    Gregg R. Schwartz, Esq.
    Law Offices of Gregg R. Schwartz, P.A.
    One Datran Center, Suite 1121
    9100 S. Dadeland Blvd.
    Miami, FL  33156

By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111