LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100 Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

SANDRA COOK and BURTON COOK, her husband,

Plaintiffs,

v.

CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,

Defendants.

Case No. 3:06-cv-00143 TMB

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1. **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on January 30 2008 and was attended by:

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

| | |
|---|---|
| Gregg R. Schwartz, Esq. | attorney for plaintiff Sandra Cook |
| Jack Poulson, Esq. | attorney for plaintiff Sandra Cook |
| Laura L. Farley, Esq. | attorney for defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours |

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

☒ will be exchanged by the parties by March 14, 2008.

Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

Preliminary witness lists

☐ have been exchanged by the parties

☒ will be exchanged by the parties by March 14, 2008

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability, comparative negligence, and damages.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

Liability, comparative negligence and damages.

B. Disclosure of discovery of electronically stored information should be handled as follows:

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

Any relevant information or information likely to lead to the discovery of admissible evidence should be provided in hard copy and/or on disc within 30 days of discovery of such information or request for such information.

C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows: None.

D. All discovery commenced in time to be completed by October 15, 2008, ("discovery close date").

E. Limitations on Discovery.

1. Interrogatories

☒ No change from Fed.R.Civ.P. 33(a)

☐ Maximum of ______ by each party to any other party.

Responses due in ____ days.

2. Requests for Admissions.

☒ No change from Fed.R.Civ.P. 36(a).

☐ Maximum of ______ requests.

Responses due in ____ days.

3. Depositions.

☒ No change from Fed.R.Civ.P. 36(a), (d).

☐ Maximum of ____ depositions by each party.

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

Depositions not to exceed ___ hours unless agreed to by all parties.

F. Reports from retained experts.

☐ Not later than 90 days before the close of discovery subject to Fed.R.Civ.P. 26(a)(2)(C).

☒ Reports due:

** **Defendants request staggered expert disclosures as follows:**

From plaintiff 120 days before close of discovery.

From defendant 90 days before close of discovery.

** **Plaintiff requests expert disclosures be exchanged at the same time.**

G. Supplementation of disclosures and discovery responses are to be made:

☐ Periodically at 60-day intervals from the entry of scheduling and planning order.

☒ As new information is acquired, but not later than 60 days before the close of discovery.

H. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

☒ 45 days prior to the close of discovery.

☐ Not later than (*insert date*)

5. **Pretrial Motions**.

☒ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

☐ Motions to amend pleadings or add parties to be filed not later than (***insert date***).

☐ Motions under the discovery rules must be filed not later than (*insert date*).

☐ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

A. ☐ The parties do not request a conference with the court before the entry of the scheduling order.

☒ The parties request a scheduling conference with the court on the following issue(s):

Timing of expert disclosures.

B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.

☒ The parties will file a request for alternative dispute resolution not later than the close of discovery.

☐ Mediation ☐ Early Neutral Evaluation

C. The parties ☐ do ☒ not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

☒All parties have complied ☐ Compliance not required by any party

7. **Trial**.

A. The matter will be ready for trial:

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

☒ 45 days after the discovery close date.

☐ not later than (*insert date*).

B. This matter is expected to take 5 days to try.

C. Jury Demanded ☒ Yes ☐ No

Right to jury trial disputed? ☐ Yes ☒ No

DATED this 5th day of February 2008 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/Laura L. Farley

LAURA L. FARLEY
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: lfarley@farleygraves.com
karen.helton@farleygraves.com
Alaska Bar No.: 9211078
Attorneys for Defendants CIRI Alaska Tourism Corporation, Cook Inlet Region, Inc., Alaska Heritage Tours and Kenai Fjords Tours

DATED this 5th day of February 2008 at Juneau, Alaska.

POULSON & WOOLFORD, LLC

By: s/Jack Poulson

JACK GARYTH POULSON
636 Harris Street
Juneau, AK 99801
Ph. (907) 586-6529
Fax (907) 586-6329
E-Mail:
Alaska Bar No.: 8711104
Attorneys for Plaintiff Sandra Cook

DATED this 5th day of February 2008 at Miami, Florida.

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.

By: s/Gregg Schwartz

GREGG SCHWARTZ
9100 Datran Center, Suite 1121
Miami, FL 33156
Ph. (305) 670-1460
Fax (305) 670-1464
E-Mail:
Alaska Bar No.:
Attorneys for Plaintiff Sandra Cook

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 5th day of February 2008 a true and correct copy of the foregoing document was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK 99801

AND VIA:

X U.S. Mail ☐ Facsimile ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL 33156

By: s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111