MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

____SANDRA COOK, et al____    vs.  _CIRI ALASKA TOURISM CORP., et al_

BEFORE THE HONORABLE  _TIMOTHY M. BURGESS_ CASE NO._3:06-CV-00143-TMB_

DEPUTY CLERK/RECORDER:_____ALEXIS GUTIERREZ_____

APPEARANCES:   PLAINTIFF:___GREGG SCHWARTZ - Telephonic_____
                            ___LARRY WOLFORD - Telephonic_____

              DEFENDANT:___CHERYL GRAVES_____

PROCEEDINGS: STATUS HEARING HELD 2/22/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:18 a.m. court convened.

Court and counsel heard re scheduling and planning conference
report and dispute of expert disclosures.

Parties to submit their authority and argument within 10 days.

At 9:33 a.m. court adjourned.

DATE:_____February 22, 2008_____ DEPUTY CLERK'S INITIALS:___AXG/nkd___

Revised 6/18/07

Revised 6/18/07