# FARLEY & GRAVES, P.C.

LAW OFFICES

3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503

LAURA L. FARLEY
CHERYL L. GRAVES*
MICHELLE M. MESHKE

*ADMITTED IN WASHINGTON & ALASKA

TELEPHONE (907) 274-5100
FACSIMILE (907) 274-5111
E-MAIL LAW@FARLEYGRAVES.COM

BOBBIE ORTIZ
PARALEGAL
DENA BRYANT
PARALEGAL

August 4, 2005

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL 33156

Facsimile: 1 (305) 670-1464

RE:   Claimant     :  Sandra Cook
      Vessel       :  FJORDLAND
      DOL          :  June 17, 2005
      Client       :  CIRI Alaska Tourism Corp.
      Our File No. :  30243

Dear Mr. Schwartz:

We are legal counsel for CIRI Alaska Tourism Corporation ("CATC"), a wholly-owned subsidiary of Cook Inlet Region, Inc. (CIRI) and have been asked to respond to your letter of July 21, 2005. While we are happy to provide you with some information relating to this matter in order to confirm that no liability exists, we will expect a mutual exchange of information. Obviously we do not have any of the medical records or employment records relating to your client and her "demand for compensation." We presume you will provide those for our review without formal request in the event you decide to proceed with this claim.

As for the information in our possession, enclosed please find the USCG 2692 Report of Marine Accident completed by the Captain; the CIRI Accident Report completed by a crewmember; and a memorandum from the Operations Coordinator regarding action taken when Ms. Cook arrived in Seward. As you can see, it appears Ms. Cook simply lost her balance either while opening or closing the door or when stepping over the threshold. An inspection of the door following the incident revealed no defects or malfunctions. No changes have been made to the door since Ms. Cook's incident and it continues to function correctly. As CIRI previously advised you, the vessel was inspected by the USCG in April of 2005, and no deficiencies to the door were found. See Certificate of Inspection dated April 18, 2005. By the way, you should understand that the door at issue is a sliding door, not a self-closing door as your client suggests. Additionally, all thresholds to the doorways are mandated by the USCG. See photographs attached.

Gregg R. Schwartz, P.A.
August 4, 2005
Page 2

    To establish liability your client would have to establish by a preponderance of the evidence that the door at issue was unreasonable in some manner and that the unreasonable condition caused her alleged injuries. Unless and until you can provide evidence to support such a theory of liability, we see no basis for a claim against CATC.

    We request that all further communication regarding this claim be directed to us. If you would like to discuss the matter, please do not hesitate to contact us.

Regards,

FARLEY & GRAVES, P. C.

By: *[signature]*
LAURA L. FARLEY

LLF:kpw

Enclosure

cc:    Ms. Cheryl Thoreen (w/o enclosure)
       Commercial Union Insurance
       Through International Marine Underwriters
       Your Claim No.: OFMOAA058110

       Ms. Debra Ahern (w/o enclosure)
       Cook Inlet Region, Inc.