## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Cook v. CIRI Alaska Tourism Corp, et al.*
Case No. 3:06-cv- 143 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

The parties have briefed the issue of the timing of expert disclosures, following a hearing on this issue on February 22, 2008. Plaintiffs desire simultaneous expert deadlines, while Defendants argue in favor of staggering expert deadlines.

The court has reviewed the pleadings at Docket nos. 32 & 33, and is inclined to set staggered expert report deadlines. However, Defendant did not propose a disclosure schedule. Accordingly, the parties are directed to meet and confer and file a proposed schedule on or before April 16, 2008. If the parties are unable to agree on a disclosure schedule, separate proposed schedules shall be filed by the same date.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 4, 2008