LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendants CIRI Alaska Tourism
Corporation, Cook Inlet Region, Inc., Alaska
Heritage Tours and Kenai Fjords Tours

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> CIRI ALASKA TOURISM CORPORATION; COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS, <br><br> Defendants. | Case No. 3:06-cv-00143 TMB |

### PROPOSED
### EXPERT DISCLOSURE SCHEDULE

The parties, through their respective counsel, and in conjunction with this Court's Order

dated April 4, 2008, hereby agree to the proposed disclosure schedule set forth in the

Scheduling and Planning Conference Report submitted on January 10, 2008 which provides

that Plaintiffs must submit their expert reports within 120 days before discovery closes and Defendants must then submit their expert reports within 90 days before discovery closes. The parties further agree that the close of discovery shall be November 17, 2008.

DATED this 16th day of April 2008 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By:   s/Laura L. Farley
    LAURA L. FARLEY
    807 G Street, Suite 250
    Anchorage, AK  99501
    Ph. (907) 274-5100
    Fax (907) 274-5111
    E-Mail:   lfarley@farleygraves.com
              karen.helton@farleygraves.com
    Alaska Bar No.:  9211078
    Attorneys for Defendants CIRI Alaska
    Tourism Corporation, Cook Inlet Region, Inc.,
    Alaska Heritage Tours and Kenai Fjords Tours

DATED this 16th day of April 2008 at Juneau, Alaska.

POULSON & WOOLFORD, LLC

By:   s/Jack Garyth Poulson
    JACK GARYTH POULSON
    636 Harris Street
    Juneau, AK  99801
    Ph. (907) 586-6529
    Fax (907) 586-6329
    Attorneys for Plaintiffs Sandra and Burton Cook

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 16th day of April 2008 a true and correct copy of the foregoing was served electronically on the following person(s):

Jack Garyth Poulson, Esq.
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK  99801

AND VIA:

**X** U.S. Mail      ☐ Facsimile      ☐ Hand Delivery

to the following person(s):

Gregg R. Schwartz, Esq.
Law Offices of Gregg R. Schwartz, P.A.
One Datran Center, Suite 1121
9100 S. Dadeland Blvd.
Miami, FL  33156

By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

PROPOSED EXPERT DISCLOSURE SCHEDULE
COOK V. CIRI, ET AL.
CASE NO. 3:06-cv-00143 TMB

Page 3 of 3                    /KH

30243 jd080209