UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

SANDRA COOK and BURTON COOK, as husband and wife,

Plaintiffs,

vs.

CIRI ALASKA TOURISM CORPORATION, an Alaska corporation, ALASKA HERITAGE TOURS, KENAI FJORDS TOURS and COOK INLET REGION, INC., an Alaska corporation,

Defendants.
_____/

Case No: 3:06-cv-00143 TMB

**PLAINTIFF SANDRA COOK'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO DEENDANTS' OUTSTANDING DISCOVERY**

Plaintiff, Sandra Cook, through counsel files this Motion For Enlargement Of Time To Respond To Defendants Outstanding Discovery and in support states:

1.   Defendants served Interrogatories, Request For Production and Request For Admissions on April 7, 2008.

2.   Defendants granted Plaintiff several extensions of time.

3.   Plaintiff is in need of an additional enlargement of time for at least 30 days inasmuch as Burton Cook recently was released from the hospital. He has been very ill and was in a diabetic coma.

4.   In addition, Sandra Cook's daughter Julie has a terminal illness and is in

the care of hospice.

5. Plaintiff requested an enlargement from Laura Farley, Esq. on Friday, June 27, 2008 via facsimile. Plaintiff did not receive a response.

6. Plaintiff called defense counsel on Monday, June 30, 2008 and requested an enlargement of time and was told that Defendant's counsel tried to send a response via facsimile which they stated did not go through. The response was not sent via email. Defense counsel and counsel for Plaintiff spoke on Monday and the circumstances were discussed. Laura Farley, Esq. agreed to wait until Tuesday for Plaintiff's counsel to tell her if Plaintiff could serve the discovery by Thursday, July 3, 2008, and if not, she would not grant another enlargement of time and requested that we file the instant Motion For Enlargement.

7. Sandra Cook finally advised us on July 1, 2008 at 11:17 p.m. via email, that the life-threatening illnesses are preventing her from responding to the discovery directed to her at this juncture. Her email did not provide a date certain when she can physically and mentally respond.

8. Plaintiffs will agree to move other deadlines to accommodate both parties so there is no prejudice.

WHEREFORE, Plaintiff Sandra Cook seeks the entry of an Order enlarging the time in which to respond to the outstanding discovery.

DATED this 2nd day of July, 2008, at Juneau, Alaska.

                POULSON & WOOLFORD, LLC
                636 Harris Street
                Juneau, Alaska 99801
                (907) 586-6529
                jack@poulsonwoolford.com


                By:/s/        Jack Poulson
                Jack Garyth Poulson
                Alaska Bar No. 8711104
                Attorney for Plaintiffs

## Certificate of Service

Pursuant to Civil Rule 5, I hereby certify that on July 2, 2008 a copy of the foregoing was served electronically on:

Laura L. Farley, Esq.
FARLEY & GRAVES, P.C.
807 G Street, Suite 250
Anchorage, Alaska 99501

                /s/     Jack Poulson
                Jack Garyth Poulson
                AK Bar No. 8711104
                Attorney for Plaintiffs