Jack Garyth Poulson, Esq.
Attorney for Plaintiffs
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### AT ANCHORAGE

| | |
|---|---|
| SANDRA COOK and BURTON COOK, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>CIRI ALASKA TOURISM CORPORATION, COOK INLET REGION, INC., Alaska Corporations, ALASKA HERITAGE TOURS, and KENAI FJORDS TOURS,<br><br>Defendants. | Case No. 3:06-CV-00143-TMB<br><br><br><br>**[PROPOSED]**<br>**ORDER APPROVING MOTION**<br>**FOR ENLARGEMENT OF TIME**<br>**TO RESPOND TO DISCOVERY** |

This matter having come before the Court upon Plaintiff Sandra Cook's Motion For Enlargement Of Time To Respond To Defendants' Outstanding Discovery, and the Court having reviewed any opposition and replies thereto,

IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED. Plaintiffs shall serve the subject outstanding discovery responses to defendants no later than August ___, 2008.

DATED this ___ day of _____, 2008, at Anchorage, Alaska.

_____
The Honorable Timothy Burgess
United States District Court Judge

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

**[PROPOSED] ORDER**          PAGE 1 OF 2
Cook v. CIRI
3:06-cv-00143 TMB

## Certificate of Service

Pursuant to Civil Rule 5, I hereby certify that on July 2, 2008, a copy of the foregoing Proposed Order was served electronically on:

>Laura L. Farley, Esq.
>FARLEY & GRAVES, P.C.
>807 G Street, Suite 250
>Anchorage, Alaska  99501

>/s/   Jack Poulson
>Jack Garyth Poulson
>AK Bar No. 8711104
>Attorney for Plaintiffs

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

**[PROPOSED] ORDER**      **PAGE 2 OF 2**
Cook v. CIRI
3:06-cv-00143 TMB