UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

SANDRA COOK and BURTON COOK, as husband and wife,

Plaintiffs,

vs.

CIRI ALASKA TOURISM CORPORATION, an Alaska corporation, ALASKA HERITAGE TOURS, KENAI FJORDS TOURS and COOK INLET REGION, INC., an Alaska corporation,

Defendants.
_____/

Case No: 3:06-cv-00143 TMB

## PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO FILE EXPERT WITNESS DISCLOSURE

Plaintiffs, Sandra Cook and Burton Cook, through counsel, file this Motion To Enlargement Of Time To File Expert Witness Disclosure and in support state:

1. Plaintiffs are in need of additional time to file their expert witness disclosure under Rule 26 (a)(2).

2. Burton Cook is recovering from a serious illness and had an operation this week and Burton Cook and Sandra Cook's daughter, Julie died on July 6, 2008. They are in mourning for 1 month. Sandra Cook advised today she developed shingles and is under medical care of 2 doctors.

3. Counsel in Miami, Florida has communicated with a maritime safety expert named Mitch Stoller and exchanged materials. To date, photographs supplied by Defendants have been utilized to show the maritime safety expert. Plaintiffs retained Mitch Stoller, but Plaintiffs

need approximately 14 days to file the report under Rule 26 (a)(2).

4. Plaintiffs respectfully request 14 additional days to comply with Rule 26(a)(2).

5. Gregg R. Schwartz, Esq., spoke with Laura Farley, Esq. and asked for an enlargement of time and Laura Farley, Esq. would not agree to any enlargement. Jack Poulson, Esq. is out of town and unable to e-file the instant motion until Wednesday, July 23, 2008 or Thursday, July 24, 2008. Gregg R. Schwartz, Esq. asked Laura Farley if she would allow Plaintiffs until Thursday to have Jack Poulson, Esq. electronically file the instant motion and Laura Farley would not agree to same.

6. Plaintiffs are desirous of moving the deadlines back at least 30-60 days so there will be no prejudice to Defendants.

WHEREFORE, Plaintiff requests that the Court enter an order granting Plaintiffs Motion To Enlargement Of Time To File Expert Witness Disclosure, and for such other and further relief as the Court deems just and fair.

DATED this 21st day of July, 2008, at Miami, Florida.

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.
One Datran Center Suite 1121
9100 S. Dadeland Blvd.
Miami, Fl 33156
Tele: 305-670-1460 / Fax: 305-670-1464
gschwartz@aol.com

By: /s/ Gregg R. Schwartz
GREGG R. SCHWARTZ
Florida Bar No. 386110
Attorney for Plaintiffs

-3-

Certificate of Service

Pursuant to Civil Rule 5, I hereby certify that on July 21, 2008 a copy of the foregoing was sent electronically to:

Laura L. Farley, Esq.
FARLEY & GRAVES, P.C.
807 G Street, Suite 250
Anchorage, Alaska 99501

Jack Poulson, Esq.
636 Harris Street
Juneau, Alaska 99801

                                      /s/ Gregg R. Schwartz
                                      Gregg R. Schwartz
                                      Florida Bar No. 386110
                                      Attorney for Plaintiffs

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.