UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

SANDRA COOK and BURTON COOK, as husband and wife,

Plaintiffs,

vs.

CIRI ALASKA TOURISM CORPORATION, an Alaska corporation, ALASKA HERITAGE TOURS, KENAI FJORDS TOURS and COOK INLET REGION, INC., an Alaska corporation,

Defendants.
_____/

Case No: 3:06-cv-00143 TMB

### ORDER ON PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME TO FILE EXPERT WITNESS DISCLOSURE

THIS CAUSE, coming before the Court on Plaintiffs Motion For Enlargement Of Time To File Expert Witness Disclosure and after review of the same it is:

**ORDERED AND ADJUDGED**

1. Plaintiffs Motion For Enlargement Of Time To File Expert Witness Disclosure is _____.

2. Plaintiffs shall have until _____ within which to file their expert witness disclosure.

**DONE AND ORDERED** in Chambers, at Anchorage, Alaska on July _____, 2008.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Jack Garyth Poulson, Esq.
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801

Gregg R. Schwartz, Esq.
9100 S. Dadeland Blvd., Suite 1121
Miami, Florida 33156

Laura L. Farley, Esq.
FARLEY & GRAVES, P.C.
807 G Street, Suite 250
Anchorage, Alaska 99501