```
            UNITED STATES
            DISTRICT COURT
             District of Alaska
             Anchorage Division

           #  00133282  -  NL
             July 30, 2008


   Code    Case #    Qty      Amount

   6855XX-N 06-143            150.00 CK


   TOTAL->              150.00


   FROM: LAW OFFICE OF GREGG SCHWARTZ
         ATTORNEY PRO HAC VICE
         COOK V CIRI ALASKA TOURISM
         3:06-CV-00143
```