EXHIBIT "A"

Subj: **Sandra Cook**
Date: 5/25/2008 10:12:50 P.M. Eastern Daylight Time
From: sandyicook@bellsouth.net
To: gschwartz@aol.com

Gregg,

My daughter went home today under the care of Hospice of Palm Beach County. She only has "days or weeks."

I cannot comply and finish these questions, etc. I need more time.

Sandy