```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 SANDRA COOK, ET AL   vs.   CIRI ALASKA TOURISM CORPORATION, ET AL

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:06-CV-00143-TMB

DEPUTY CLERK/RECORDER:         APRIL KARPER / YVONNE DAVIS

APPEARANCES:   PLAINTIFF:      LARRY WOOLFORD - TELEPHONIC FOR
                               JACK POULSON
                               GREGG SCHWARTZ - TELEPHONIC

               DEFENDANT:      LAURA FARLEY

PROCEEDINGS: STATUS CONFERENCE HELD AUGUST 4, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:10 a.m. court convened.

Court and counsel heard re status of case, discovery, interrogatories, and witnesses. Plaintiff to file disclosure of expert witnesses and response for request for admissions and interrogatories by **August 15, 2008**; defendant to file disclosure of expert witnesses by **September 15, 2008**; discovery due **December 15, 2008.**

Court and counsel heard re possible case settlement.  Plaintiff to file status report notifying the court of case status and proposed trial dates by **September 15, 2008.**

At 11:25 a.m. court adjourned.




DATE:    August 4, 2008          DEPUTY CLERK'S INITIALS: YLD/AMK


Revised 6/18/07