## \* A M E N D E D \*
### MINUTES OF THE UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

SANDRA COOK, ET AL  vs.  CIRI ALASKA TOURISM CORPORATION, ET AL

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:06-CV-00143-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER / YVONNE DAVIS

APPEARANCES:    PLAINTIFF:    LARRY WOOLFORD - TELEPHONIC FOR
                              JACK POULSON
                              GREGG SCHWARTZ - TELEPHONIC

                DEFENDANT:    LAURA FARLEY

PROCEEDINGS: STATUS CONFERENCE HELD AUGUST 4, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:10 a.m. court convened.

Court and counsel heard re status of case, discovery, interrogatories, and witnesses. Plaintiff to \*provide disclosure of expert witnesses and response for request for admissions and interrogatories by **August 15, 2008**; defendant to \*provide disclosure of expert witnesses by **September 15, 2008**; discovery due **December 15, 2008**.

Court and counsel heard re possible case settlement.  Plaintiff to file status report notifying the court of case status and proposed trial dates by **September 15, 2008.**

At 11:25 a.m. court adjourned.

DATE:    August 5, 2008           DEPUTY CLERK'S INITIALS: NKD

Revised 6/18/07