UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

SANDRA COOK and BURTON COOK, as husband and wife,

Plaintiffs,

vs.

CIRI ALASKA TOURISM CORPORATION, an Alaska corporation, ALASKA HERITAGE TOURS, KENAI FJORDS TOURS and COOK INLET REGION, INC., an Alaska corporation,

Defendants.
_____/

Case No: 3:06-cv-00143 TMB

## PLAINTIFFS' STATUS REPORT

Plaintiffs, Sandra Cook and Burton Cook, through counsel, hereby file this Status Report pursuant to Court Order dated August 4, 2008 and in support state:

1. The Defendants deposed Plaintiff Sandra Cook on September 10, 2008.

2. Plaintiffs responded to Defendants discovery.

3. Plaintiffs will be serving written discovery during the week of September 15, 2008.

4. Defendants have not scheduled any medical examinations of Sandra Cook.

5. Plaintiffs served their Expert Witness Disclosure.

6. Defendants Expert Witness Disclosure is due to be filed on September 15, 2008.

7. Plaintiffs will request that an expert examine the door in the near future. Defendants will oppose the request.

8. Plaintiffs are ready to mediate.

9. The parties request a trial in February or April of 2009 and respectfully request a conference to discuss specific trial dates.

DATED this 15th day of September, 2008, at Miami, Florida.

>LAW OFFICES OF GREGG R. SCHWARTZ, P.A.
>
> By: s/Gregg R. Schwartz
> GREGG R. SCHWARTZ, ESQ.
> One Datran Center Suite 1121
> 9100 S. Dadeland Blvd.
> Miami, Florida 33156
> Tele: 305-670-1460
> Fax: 305-670-1464
> E-mail: gschwartz@aol.com
> Florida Bar No. 386110
> Attorney for Plaintiffs Sandra Cook and Burton Cook

## Certificate of Service

Pursuant to Civil Rule 5, I hereby certify that on September 15, 2008 a copy of the foregoing document was served electronically to the following:

Laura L. Farley, Esq.
FARLEY & GRAVES, P.C.
807 G Street, Suite 250
Anchorage, Alaska 99501

Jack Poulson, Esq.
636 Harris Street
Juneau, Alaska 99801

> By: s/Gregg R. Schwartz